Cecil J. DAVIS, Appellant, v. UNITED STATES of America, Appellee.

No. 11606.

Circuit Court of Appeals, Fifth Circuit.

May 28, 1946.

L. E. Pedrick and Edward O. Blalock, both of Waycross, Ga., for appellant.

Henry H. Durrence, Asst. U. S. Atty., of Savannah, Ga., for appellee.

Before McCORD, WALLER, and LEE, Circuit Judges.

PER CURIAM.

An examination of the record discloses no reversible error. The judgment is affirmed.

Anna C. DICKHEISER and Edward S. Birn, Appellants, v. PENNSYLVANIA RAILROAD COMPANY et al.

No. 9074.

Circuit Court of Appeals, Third Circuit.

Argued May 9, 1946.

Decided May 27, 1946.

Archibald Palmer, of New York City (Albert H. Ladner, Jr., of Philadelphia, Pa., and Bennett E. Aron, of Brooklyn, N. Y., on the brief), for appellants.

John Dickinson, of Philadelphia, Pa. (John B. Prizer, of Philadelphia, Pa., on the brief), for appellees Pennsylvania R. Co. et al.

Louis J. Goffman, of Philadelphia, Pa. (Morris Wolf and Wolf, Block, Schorr & Solis-Cohen, all of Philadelphia, Pa., on the brief), for appellee Pennroad Corporation.

Before BIGGS, EDGERTON, and Mc-LAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed upon the opinion of Judge Bard, 5 F.R.D. 5.

Mary T. HILLS, Administratrix of Estate of Thomas F. Hills, Deceased, v. READING COMPANY, Appellant.

No. 9045.

Circuit Court of Appeals, Third Circuit.

Argued May 6, 1946.

Decided May 14, 1946.

Henry R. Heebner, of Philadelphia, Pa. (Wm. Clarke Mason, of Philadelphia, Pa., on the brief), for appellant.

Thomas D. McBride, of Philadelphia, Pa. (Louis Lipschitz, of Philadelphia, Pa., on the brief), for appellee.

Before EDGERTON, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.